# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATTEHW JONES<br><br>            Plaintiff,<br><br>     v.<br><br>POSHMARK, INC., MANISH CHANDRA, NAVIN CHADDHA, EBONY BECKWITH, JEFF EPSTEIN, JENNY MING, HANS TUNG, and SERENA J. WILLIAMS,<br><br>            Defendants. | )<br>)<br>)  Case No. 1:22-cv-01562-CFC<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: January 27, 2023                               **LONG LAW, LLC**

                                                         By:   */s/ Brian D. Long*
                                                                   Brian D. Long (#4347)
                                                                   3828 Kennett Pike, Suite 208
                                                                   Wilmington, DE 19807
                                                                   Telephone: (302) 729-9100
                                                                   Email: BDLong@longlawde.com

                                                                   *Attorneys for Plaintiff*